[No. 7198–0–I.   Division One.   March 31, 1980.]

RACHEL CALVO, ET AL, *Respondents,* v. ALBERT R. PERSSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 851136, Norman W. Quinn, J., entered November 20, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Durham–Divelbiss, JJ.

[No. 7309–5–I.   Division One.   March 31, 1980.]

JERRY M. WAHL, *Appellant,* v. BRIAN McCOURT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 838263, Horton Smith, J., entered January 29, 1979. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson and Andersen, JJ.

[No. 7385–1–I.   Division One.   March 31, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE M. LANGSTON, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 84356, 88057, Jerome M. Johnson and Barbara J. Rothstein, JJ., entered May 8, 1978, and January 19, 1979. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson and Andersen, JJ.